**TRUDY A. NOWAK**
**Chapter 7 Trustee**
PMB #418
4802 E Ray Road, Suite 23
Phoenix, Arizona 85044-6417
Email: trustee@tanowak.com
Telephone: (480) 759-0524

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | CHAPTER 7 |
| ) | |
| ROBIN N WOOD, ) | CASE NO. 4:10-bk-00634-EWH |
| ) | |
| ) | APPLICATION FOR ORDER FOR |
| ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s) ) | U.S. BANKRUPTCY COURT |
| _____ ) | |

Trudy A. Nowak, Trustee reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1014 | 01/06/2011 | Northland Group Inc.<br>PO Box 390846<br>Minneapolis, MN 55439-0846 | $88.22 |
| 1020 | 01/06/2011 | JR Brothers Finance<br>10000 N 31st Ave Ste. D20<br>Phoenix, AZ 85051-9567 | $8.35 |
| 1022 | 01/06/2011 | Financial Asset Management Systems<br>PO Box 451409<br>Atlanta, GA 31145 | $160.34 |
| 1023 | 01/06/2011 | CBCS<br>PO Box 163250<br>Columbus, OH 43216 | $10.73 |
| 1031 | 01/06/2011 | AFNI<br>PO Box 3427<br>Bloomington, IL 61702-3427 | $6.80 |

The Trustee asks than an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $274.44 to the Clerk of Court to be deposited in the Registry thereof.

May 15, 2011                                           /s/ Trudy A Nowak

| | |
|---|---|
| Date | Trudy A. Nowak, Trustee |